# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GAVIN V. CAROLAN AND KENIA R. CAROLAN, | § § § |
| *Plaintiffs*, | § § |
| v. | §   CIVIL ACTION NO. _____ § |
| USAA FEDERAL SAVINGS BANK, | § § |
| *Defendant*. | § |

## INDEX OF DOCUMENTS FILED IN STATE COURT

| **Exhibit** | **Date Filed/Entered** | **Description** |
|---|---|---|
| C | N/A | State Court docket sheet |
| C-1 | 8/21/2023 | Plaintiff's Petition: Small Claims Case |
| C-2 | 10/11/2023 | Defendant's Original Answer |