# EXHIBIT B-1

# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | Justice Court, Precinct 5, Hockley County | S0705 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiffs Gavin V. Carolan and Kenia R. Carolan | N/A |
   | Defendant USAA Federal Savings Bank | **Marc D. Cabrera**<br>State Bar No. 24069453<br>mcabrera@polsinelli.com<br>**Elizabeth Hayes**<br>State Bar No. 24069001<br>ehayes@polsinelli.com<br>**POLSINELLI PC**<br>2950 N. Harwood Street, Suite 2100<br>Dallas, TX 75201<br>T: (214) 397-0030<br>F: (214) 397-0033 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?     ☐ Yes     ☒ No

4. **Answer:**

   Was an Answer made in State Court?   ☒ Yes   ☐ No
   If "Yes," by which party and what date?

   Defendant USAA Federal Savings Bank   October 10, 2023

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | N/A | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   N/A

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | Plaintiffs | Plaintiffs assert claims related to purportedly unauthorized charges to their USAA FSB checking account. |
   | Defendant | Defendant denies all liability and assert various affirmative defenses. |