# EXHIBIT C

# Details                                                                          ✕

|  |  |
|---|---|
| Amount Due | $0.00 |
| Status | Pending |

**Case Info** | Events 1 | Payments 2

## Defendant

| | |
|---|---|
| Business Name | USAA FEDERAL SAVINGS BANK; CORPORATION SERVICE COMPANY |
| Offense Date | 1900-01-01 |

## Case Information

| | |
|---|---|
| Case Number | S0705 |
| Status | Pending |
| Case Type | Civil Small Claims |
| Date Filed | 2023-08-21 |

# Details                                                                                     ✕

|  |  |
|---|---|
| Amount Due | $0.00 |
| Status | Pending |

| Case Info | Events 1 | Payments 2 |
|---|---|---|

## Defendant

| Business Name | USAA FEDERAL SAVINGS BANK; CORPORATION SERVICE COMPANY |
|---|---|
| Offense Date | 1900-01-01 |

## Case Information

| Case Number | S0705 |
|---|---|
| Status | Pending |
| Case Type | Civil Small Claims |
| Date Filed | 2023-08-21 |

# Details

×

|  |  |
|---|---|
| **Amount Due** | $0.00 |
| **Status** | Pending |

| **Case Info** | **Events** 1 | **Payments** 2 |
|---|---|---|

## Event

| 2023-08-21 | Case Filed |
|---|---|

# Details

|  | Amount Due | $0.00 |
|  | Status | Pending |

| **Case Info** | **Events** 1 | **Payments** 2 |

## Event

| 2023-08-21 | Case Filed |

# Details  ✕

|  |  |
|---|---|
| **Amount Due** | $0.00 |
| **Status** | Pending |

**Case Info** | **Events** 1 | **Payments** 2

## Payment Infomation

| | | | |
|---|---|---|---|
| **Amount Assessed** | $144.00 | **Paid** | $144.00 |
| **Balance** | $0.00 | | |

## Completed Payments

| | |
|---|---|
| 2023-08-21 | $74.00 |
| 2023-08-29 | $70.00 |

# Details

| | | |
|---|---|---|
| | **Amount Due** | $0.00 |
| | **Status** | Pending |

| Case Info | Events 1 | Payments 2 |
|---|---|---|

## Payment Infomation

| | | | |
|---|---|---|---|
| **Amount Assessed** | $144.00 | **Paid** | $144.00 |
| **Balance** | $0.00 | | |

## Completed Payments

| | |
|---|---|
| 2023-08-21 | $74.00 |
| 2023-08-29 | $70.00 |