IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GAVIN V. CAROLAN and<br>KENIA R. CAROLAN,<br><br>      Plaintiffs,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 5:23-CV-237-C |

## ORDER

The Court notes that the Parties have reached a settlement of all matters in controversy and filed a Joint Notice of Settlement. As such, the above-styled and -numbered civil action is **ADMINISTRATIVELY CLOSED**. The Parties shall file dismissal documents on or before December 29, 2023.

Dated October 30, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE