IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GAVIN V. CAROLAN and<br>KENIA R. CAROLAN,<br><br>        Plaintiffs,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:23-CV-237-C |

## ORDER

The Court, having considered the Joint Motion to Dismiss With Prejudice, filed December 12, 2023, finds that all claims in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each Party to bear its own fees and costs.

SO ORDERED.

Dated this 18th day of December, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE